IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 1:16-cv-24712-JAL

**RAFAEL BOAS,**

        **Plaintiff,**

v.

**SANTANDER CONSUMER USA INC.,**

        **Defendant.**

_____/

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Santander Consumer USA Inc. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Rafael Boas against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 20th day of January, 2017.

                                            *s/ R. Frank Springfield*
                                            R. Frank Springfield (FL Bar No. 0010871)
                                            Courtney Oakes (FL Bar No. 106553)
                                            BURR & FORMAN LLP
                                            350 E. Las Olas Blvd., Suite 1420
                                            Fort Lauderdale, FL 33301
                                            Telephone: (954) 414-6213
                                            Facsimile: (954) 660-2567

fspringfield@burr.com
coakes@burr.com

Attorneys for Defendant
SANTANDER CONSUMER USA INC.

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2017, I filed a true and correct copy of the foregoing via the CM/ECF system, which will provide notice to the following counsel of record:

Shaya Markovic
Law Office of Shaya Markovic, PA
1221 South 21st Avenue
Hollywood, FL  33020

*s/ R. Frank Springfield*
OF COUNSEL

28947411 v1

2