IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 1:16-cv-24712-JAL

**RAFAEL BOAS,**

        **Plaintiff,**

**v.**

**SANTANDER CONSUMER USA INC.,**

        **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Rafael Boas and defendant Santander Consumer USA Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of March, 2017.

| | |
|---|---|
| */s/Shaya Markovic* | *s/ R. Frank Springfield* |
| Shaya Markovic (FL Bar NO. 92858) | R. Frank Springfield (FL Bar No. 0010871) |
| Law Office of Shaya Markovic, PA | Courtney Oakes (FL Bar No. 106553) |
| 1221 South 21st Avenue | BURR & FORMAN LLP |
| Hollywood, FL 33020 | 350 E. Las Olas Blvd., Suite 1420 |
| Telephone: 954-399-9850 | Fort Lauderdale, FL 33301 |
| Facsimile: 954-399-9854 | Telephone: (954) 414-6213 |
| shaya@markoviclaw.com | Facsimile: (954) 660-2567 |
| | fspringfield@burr.com |
| | coakes@burr.com |
| Attorney for Plaintiff | |
| RAFAEL BOAS | Attorneys for Defendant |
| | SANTANDER CONSUMER USA INC. |

29323490 v1